THE UNION NATIONAL BANK OF TROY, NEW YORK, as Administrator with the Will Annexed of and Also as Trustee under the Last Will and Testament of EDWARD F. MURRAY, Deceased, Plaintiff, v. MARY M. MURRAY and Others, Defendants.— Motion denied, with ten dollars costs. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

J. LEWIS WEIR, Respondent, v. SAMUEL GLASS and Others, Appellants.— Motion granted, with ten dollars costs. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of FREMONT F. WILLIAMS, an Attorney.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLAIRE BELLE DRESSES, INC., Relator, v. STATE TAX COMMISSION, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

SARAH A. CONDON, Appellant, v. WILLIAM J. LYON and Another, Respondents.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

ITHACA TRUST COMPANY, as Trustee, Respondent, v. THE ITHACA TRACTION CORPORATION, IRVING BANK-COLUMBIA TRUST COMPANY, as Trustee, Appellants. FARMERS' LOAN AND TRUST COMPANY, Trustee, Respondent; THE WITHBURN CORPORATION and PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Defendants.— Motion granted. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

JOHN SCHERMERHORN, as Administrator, etc., of FANNIE POTTS HAWLEY, Deceased, Respondent, v. WILLIAM P. HAWLEY, Individually and as Executor and Trustee, etc., of SAMUEL HAWLEY, Deceased, and Another, Defendants. WALTER S. CRANDELL and Another, Appellants.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

JAMES A. BEHA, Superintendent of Insurance of the State of New York, as Liquidator of the NATIONAL AUTOMOBILE MUTUAL CASUALTY COMPANY, Appellant, v. WILLIAM L. WEINSTOCK, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of SOPHIA OSCARVITZ, Respondent, against VAN ALSTYNE MOTOR CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.